**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
(Richmond Division)**

KATHERINE ELISABETH PATTERSON,    )
    )
        *Plaintiff*,                    )
v.                                 )       Civil No. 3:26-CV-00203-REP
    )
EXPERIAN INFORMATION SOLUTIONS,   )
INC., *et al.*                           )
    )
        *Defendants*.           )

**DEFENDANT NATIONAL CREDIT SYSTEMS, INC.'S
NOTICE OF FILING PROPOSED CONSENT ORDER**

Defendant National Credit Systems, Inc. ("NCS"), by and through the undersigned counsel,

hereby submits for entry, the attached proposed consent order endorsed by all parties, consenting

to transfer this action to the Eastern District of Pennsylvania pursuant to 28 U.S.C. § 1404(a),

which was requested as part of the relief contemplated in NCS's motion to transfer (ECF 019).

Respectfully submitted,
**NATIONAL CREDIT SYSTEMS, INC.**
*By Counsel*

Dated: April 27, 2026             By:    *s/ Bizhan Beiramee*
                                          Bizhan Beiramee, Esq. VSB No. 50918
                                          BEIRAMEE LAW GROUP, P.C.
                                          7508 Wisconsin Avenue, Second Floor
                                          Bethesda, MD 20814
                                          (301) 547-3805 – Telephone
                                          (703) 483-9599 – Facsimile
                                          bbeiramee@beiramee.com
                                          *Counsel for National Credit Systems, Inc.*

## CERTIFICATE OF SERVICE

I hereby certify that on April 27, 2026, the foregoing was served on all counsel of record

via the Courts CM/ECF system, including:

Leonard Anthony Bennett, Esq.
Mark Clifton Leffler, Esq.
CONSUMER LITIGATION ASSOCIATES P.C
763 J. Clyde Morris Boulevard, Suite 1-A
Newport News VA 23601
(757) 930-3660
lenbennett@clalegal.com
mark@clalegal.com
*Counsel for Plaintiff*

James Michael Smith, Esq.
DOHERTY SMITH, LLC
7000 W. 127th Street, Suite 101
Palos Height, IL 60463
(312) 319-2879
jsmith@dohertysmith.com
*Counsel for Plaintiff*

Mark Kirkland, Esq.
QUILLING SELANDER LOWNDS WINSLETT MOSER
5801 Tennyson Pkwy Suite 440
Plano, TX 75024
(214-560-5454)
mkirkland@qslwm.com
*Counsel for Trans Union, LLC*

H. Scott Kelly, Esq.
David Neal Anthoney, Esq.
TROUTMAN PEPPER LOCKE LLP
1001 Haxall Point
Richmond, VA 23219
(804) 697-2202
(804) 697-1339 Fax
scott.kelly@troutman.com
david.anthony@troutman.com
*Counsel for Experian Information Solutions, Inc.*

Andrew Biondi, Esq.
SANDS ANDERSON, PC
PO Box 1998
Richmond, VA 23218
(804) 648-1636
(804) 783-7291 Fax
abiondi@sandsanderson.com
*Counsel for TXU Energy Retail Company*

Bradley T. Canter, Esq.
THE LAW OFFICES OF RONALD S. CANTER, LLC
2200 Research Boulevard, Suite 560
Rockville, Maryland 20850
(301) 424-7490
(301) 424-7470 Fax
bcanter@roncanterllc.com
*Counsel for MRS BPO LLC*

By:     */s/ Bizhan Beiramee*
Bizhan Beiramee, Esq.